IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISABEL IRENE VARELA,

      Petitioner,                    No. 2:11-cv-02091-KJN P

    vs.

W. MILLER, Warden,

      Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. Although petitioner has submitted an affidavit in support of her request to proceed in forma pauperis, the "certificate" portion of that form, which certifies the amount of funds in petitioner's prison trust account, was not completed by a prison official; nor was a certified trust account statement provided. See 28 U.S.C. §§ 1914(a); 1915(a). Therefore, petitioner will be provided the opportunity to submit the appropriate documents in support of her request to proceed in forma pauperis, or to submit the appropriate filing fee ($5.00).

////

////

////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days after the filing date of this order, petitioner shall submit, a new and fully completed affidavit in support of her request to proceed in forma pauperis, including completion by a prison official of the certificate portion of the application; or, within the same time period, petitioner shall pay the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action.

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: August 22, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

vare2091.101a.