IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISABEL IRENE VARELA, | | |
| | Petitioner, | No. 2:11-cv-02091-KJN P |
| vs. | | |
| W. MILLER, Warden, | | |
| | Respondent. | ORDER |
| _____/ | | |

Petitioner requests the voluntary dismissal of her petition for a writ of habeas corpus, so that petitioner can exhaust her state court remedies as to all of her claims. (Dkt. No. 11.) Petitioner's request follows an order of this court which set forth the requirements for obtaining a stay for a "mixed" habeas corpus pending exhaustion of unexhausted claims. (Dkt. No. 10.) Petitioner now states that she intends to exhaust all of her claims before filing a new petition for writ of habeas corpus.[1]

////

////

////

---

[1] Petitioner is informed that she will *need to file a new action*, not, as she now asserts, an "amended habeas petition." (Dkt. No. 11 at 1.)

1

1    For good cause shown, petitioner's request to voluntarily dismiss this action (Dkt.
2 No. 11) is granted.  Accordingly, this action is dismissed without prejudice.  Fed. R. Civ. P.
3 41(a)(1).
4 DATED: September 9, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

vare2091.vol.disms.